JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMALIA FRAUSTO, | No. 5:24-cv-01469-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHELLE KING, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: January 31, 2025

_____
JOHN D. EARLY
United States Magistrate Judge