UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMALIA FRAUSTO,<br><br>                Plaintiff,<br><br>      v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>                Defendant. | No. 5:24-cv-01469-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

      Based upon the parties' Stipulation (Dkt. 18), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $4,400.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: February 27, 2025

                                              JOHN D. EARLY
                                              United States Magistrate Judge